**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONUMENT POLICY GROUP, LLC,<br>975 F Street NW, Washington, DC 20004<br><br>Plaintiff,<br><br>- against -<br><br>MONUMENT STRATEGIES LLC, 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036;<br><br>Defendant. | Case No.: 22-CV-976<br><br>**NOTICE OF DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Monument Policy Group, LLC hereby dismisses this case with prejudice. Each party shall bear its own costs

Respectfully submitted:

Dated: July 1, 2022

Respectfully submitted:

By: _____
Michael D. Steger
Law Offices of Michael D. Steger, PC
30 Ramland Road, Suite 201
Orangeburg, NY 10962
(646) 517-0600
(845) 638-2707 (fax)
msteger@steger-law.com
Attorney for Plaintiff
*Monument Policy Group, LLC*